# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142232-3 & (53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JASON R. SALENBIEN,
        Plaintiff-Appellee,
and

ALLSTATE INSURANCE COMPANY,
        Intervening Plaintiff/Cross-
        Appellant

v

ARROW UNIFORM RENTAL LIMITED
PARTNERSHIP,
        Defendant-Appellant/Cross-
        Appellee.

SC: 142232-3
COA: 291517, 291543
WCAC: 08-000062

_____/

      On order of the Court, the application for leave to appeal the September 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

0321

_____
Clerk